Thank you, Your Honor. I'm sorry I didn't hear the Court earlier. If it pleases the Court, my name is Mike Purcell for the petition in this case. There's two issues raised in the briefs, I think the most important one, because I think it will affect the second issue. The most important one is whether or not there's a remedy in this case where there was a subpoena issued by the government without complying with the procedures specified in the Health Information Protection Act, or anyway, we call it HIPPA. And in this particular case, their question was whether the person had made correct representations to the Court about her marital status in connection with an asylum application. And the relevant information that was obtained from the subpoena was that she was, in fact, married, if not legally, at least culturally, to a particular person named Hills. The problem here was that the subpoena was issued by the Court without any prior notice or opportunity to be heard by the person, the petitioner, whose records were sought. And the records were obtained, and they were used in the removal proceedings to establish the removability and, in fact, actually the finding of frivolousness by the immigration judge. Now, in this particular case, the government argues that it is not relevant because there is no, per se, exclusionary rule from the Fourth Amendment. I want to make sure I understand the facts here. This is the birth certificate or the admission to the hospital to have the baby, is that what we're talking about? I believe so, Your Honor, yes. And that was admitted in the removal proceedings to show that the baby had been born to her and that who the father was? Well, I don't think it was actually the birth certificate, per se, Your Honor. I believe it was a hospital record showing he was the father, so it came from the medical record. It was a hospital record showing that this man was the father. Yes, it was not a situation of a public record that we're talking about here. Okay, so it was in the removal proceeding. Yes, Your Honor. Now, are we talking about another proceeding in which the we're not really at issue here is not the removal itself, is it? Well, I guess the question is whether the removal or whether the, excuse me, the finding of frivolousness on the basis of an asylum application was properly founded upon evidence. In other words, whether there was admissible, excuse me, inadmissible evidence considered improperly by the judge in making that finding. Now, let me ask you this. Didn't your client withdraw her application sometime during these proceedings? That is correct, Your Honor. And then it was after that that the immigration judge held a hearing and found out that her application was frivolous. That was his ruling. Yes, Your Honor. That was his ruling. And then that would bar her from life, from getting any immigration benefits from this country. There are some small exceptions, but that is generally true. Yes, Your Honor. All right, so at the time, what is the effect of an applicant withdrawing on the record their application for benefits? Well, my understanding, Your Honor, is that the court is still entitled with appropriate due process protections and, as is specified in the Farrah case, would still be entitled technically to make that determination. My experience, although I know this is not evidence, is that normally that's not done, but in this case it was. We are not challenging the technical ability of the court to do that. Have you researched this? I have attempted to find any case like this, Your Honor, and I have not been able to find a similar case in the record or in the reported cases. Did you raise this issue? I did not raise the issue of the authority of the judge to conduct that particular inquiry following the withdrawal. And when you withdrew the application for asylum, I think that Judge Pragerson was leading toward can you now say that the asylum denial was based on evidence that wasn't properly admitted when you withdrew the application for asylum? Well, I believe, Your Honor, that we can, because we are not actually contesting the denial of a withdrawn asylum application. That would be hard to imagine how it could happen, but I suppose maybe. We are contesting, Your Honor, the validity of the finding of frivolousness, which is a completely separate situation. There have been many cases where asylums have been denied, sometimes on the basis of substantial credibility issues, but the courts have not allowed a finding of frivolousness. That's absolutely true, but here we have a rather unusual situation, do we not, in which it appears that the application itself is controverted by evidence in the  I don't know how unusual it is, but I agree that the judge made the finding and there was significantly unfavorable evidence. The relief we are asking for here, Your Honor, is not that the frivolousness finding be set aside, but the case be remanded for reconsideration, striking the improperly obtained information from the medical records. Setting aside the medical record for a minute, reflecting that this young man was the father, that she had consistently been denied, didn't he also testify during that hearing with respect to his relationship and the way they were married and the way they were divorced under, I think, Islamic law? That is correct, Your Honor. Obviously, the testimony So this evidence really, if anything, is just cumulative? I agree that there is ample evidence that could be used against the Respondent on this issue, but what I am saying, Your Honor, is that the court here, the Ninth Circuit Court of Appeals, should not be making that decision if there is what should be determined is whether there is appropriate evidence before the administrative body. If there is not, which I am saying there is not, it should go back to the cross-examination. So what I am saying, Your Honor, is I agree with what the Court is saying, but I think if there is such a decision to be made, that should be made by the administrative agency. I think I've pretty much covered what I was going to say. What do you gain by that? Well, we may have an opportunity to — well, we gain a lot, Your Honor, because the administrative — the record of the — of Mr. Hills, I reviewed his cross-examination before I came over here today, and it was highly questionable. So I would not regard Mr. Hills as a very — I regard his testimony as open to challenge. And it may be, and we all know the cases where you take away one brick from the house and perhaps the whole thing comes down. I don't know, but I'm hoping that would be the case if we do go back to the administrative agency. Okay. Thank you very much. Thank you. May it please the Court, Chris Fuller from the Department of Justice Office of Immigration Litigation, representing the Attorney General Respondent. Let's go directly to that first issue about whether or not the subpoena and the medical records were obtained contrary to the regulation. We've discussed in our brief why even if it were a technical violation of that HIPAA, the Health Insurance Portability and Accountability — Two Ps and one A. Two Ps and one A. Excuse me. In any event, that regulation — we've stated in our briefs that even if there were a technical violation, that it does not reach the standards required for exclusion of evidence in an I've provided to the Court, through the Court Clerk, copies to opposing counsel, the actual language of the regulation. And then — and I'd like to address that. I believe that the Board at page — excuse me, at footnote 2 and the administrative record, page 3, addressed this directly, and it was accurate. On page 4 of the handout that I've provided, a copy of this regulation at 45 CFR 164.512, subsection E, the Petitioner is relying on subpart 1, little ii, big A, which states that a reasonable effort must be made by such party to ensure that the individual who is the subject of the protected health information has been given notice of the request. And it relies on the preceding provisions that say that in response to a subpoena, that's the case. However, they're ignoring direct language which the Board cited, and this is in subpart E1, little ii, in response to a subpoena, discovery request, or other lawful process that is not accompanied by an order of a court or administrative tribunal. In the preceding subsection, it says that the records must be given in response to an order of a court or administrative tribunal so that ultimately if an order from administrative tribunal is provided, the medical records are given and there is no violation of the regulation. Now, it's in the record and it's quite clear that the subpoena was issued by the administrative judge. In the federal court system, as you're well aware, oftentimes subpoenas are issued over the signature of the clerk, photocopied, handed out, and lawyers give them out sometimes like candy. But ultimately in the administrative arena- Sometimes like what? Sometimes like candy. The clerk gives out subpoenas sometimes like candy. We don't do that in our court. I'm sorry. I exaggerated for- That's not what they do in the Justice Department. In some other areas of justice, maybe, Your Honor, but not in my office. Thank you. In the administrative arena, and I've also provided the court with a copy of 8 CFR 1003.35, and subpoenas can be issued, but it states that the immigration judge shall have exclusive jurisdiction to issue the subpoena, and then it states at subpart 3, the issuance of the subpoena says it shall command either the appearance or the production. At the administrative record, page 763 is a copy of a subpoena, not the particular one at issue here because that's not in the record, but it shows that the administrative judge signs the subpoena. It's a form, and it says you are commanded to appear or you are commanded to produce. That's the subpoena issued. In this case, it was an order, a command from the administrative tribunal. So, ultimately, the arguments presented here that the regulation has been violated is incorrect, that the administrative tribunal issued the subpoena, commanded that the documents be produced, and the regulation allows production of that with help. Is that really? Well, let's suppose that there were some irregularity. Is that going to mean that you lose? No. No, no. We made our argument in a brief. We didn't even address this particularity. We said even if there is some technical violation. They can't lose. That's right. Okay. On this issue, we can't because the allegations don't satisfy the Supreme Court's standard for that. Okay. Now, the second issue presented. Pardon me, Judge. Did you know about this power by researching it in this case? Pardon me? Did you know about this before? The regulation? Yeah, this unlimited power. It's not an unlimited power. It's the power to grant, to issue subpoenas and to do that. I was not as familiar with the HIPAA regulations as I should have been when we wrote the brief. But since that time, I certainly dug into the regulations and found the exact language. And lo and behold, there was no violation here. Well, but you should make this information available to the appropriate congressional subcommittee so they can amend the HIPAA. The regulations, yes. It's not following the spirit of that statute. Well, that's interesting. Yes, indeed, it suggests that there's a protection involved. But, again, what the regulation does is acknowledge that in court proceedings, certainly a district court judge can issue an order that it appear not just a subpoena, but there must be accompanied by a court order. The unique circumstance in immigration court, subpoenas are fairly new in immigration court. And hence, the Attorney General prescribed regulations that it's exclusively the I.J. that issues subpoenas so that they're not abused. And hence, it's combined with a court order, if you will, and therefore it satisfies the traditional production that when a court orders something. What about the question I asked? She gets up and she withdraws her application. What's the effect of that? Well, the point is that it's not an issue here, but I will address that point because it's extraneous to the issues here. But in June of this year, this court addressed in a case called Chen v. McCasey, 527 F3rd 935. I'll give you that citation again, Judge. 527 F3rd 935, Chen v. McCasey. We have slips you can fill them out. We have gum sheets we give you. Okay? Okay. In that case, the issue was raised by the alien early in the proceedings, challenged the ability and the power of the immigration judge to proceed with the question of whether or not the asylum application was frivolous after withdrawal had occurred, challenged it to the board. The board issued a decision without opinion, went to the Ninth Circuit. The Ninth Circuit expressed an opinion that indeed, through Judge Trott, that indeed there is an authority there to do so, but nonetheless remanded to the board for that issue. The difference between Chen here and the Chen case and our case, and the reason why I did not provide a Rule 28J letter on that is because, as evidenced by counsel, that was not an issue here. It was not challenged. It was not brought before the board, failure to exhaust. It's not an issue before this court, and therefore it's outside the scope of this court's review. For that reason, I did not notify the court of Chen. But it is a case that deals with that very issue, Your Honor, and the fact is you need not address that question in this case. Well, you know, you have a case here that's unusual. You read the facts, the history, what this woman went through, and all that, right? Yes. I mean, she comes here, and it's an arranged marriage, and all these other things that follow. She gets pregnant, her father thinks, before she got married, and she goes back. She'll probably be killed. You know, they do that. They take them out in the public square. They pick up big stones, and they stone them. They kill them that way. You know that. Yes, there's no issue with regard to the honor killings. It's been in the press. Yes. So now she's got a little baby over here, a little girl. And the father apparently has got a criminal record. He does. Now, he's not a good guy. Agree to that? He has a criminal record, yes. I don't know whether he's a good guy or not a good guy, but he has a criminal record involving issues of honesty. Yes, indeed, with regard to his testimony, because he claimed to be a U.S. citizen at one point, was arrested and convicted of that. There were some other allegations. In fact, he had a deportation order against him that he was avoiding. So he has a checkered past, to be sure. A checkered past. Yes. That's all he's got in his record? Officially, yes. There were allegations in it that he was, in fact, he knew of other criminal enterprises, but there were no allegations that he himself had been engaged in them. But there was some record evidence that he knew of other, I think it was some drug thing, there were some allegations. So he has a checkered past, yes, Your Honor. A checkered past. Okay. So now we want to say to this young woman that the rest of her life, there's no way that she can get back over here and care for her daughter. That's the consequence of filing a frivolous application by mandate of Congress, yes. We have frivolous applications filed every day, don't we? Yes, but they're not. These notorious file frivolous applications. If there's a finding that there's a frivolous application, and substantial evidence supports that, indeed, the consequences are severe. And, in fact, this Court has sustained such findings. The Justice Department doesn't do anything about those, do you? Sometimes they are not. The immigration judge does not reach a specific finding of frivolous application. Instead, makes a finding that the alien is not credible and denies it on that basis, which allows the alien to otherwise then apply for other benefits or waivers that may allow her to come. It's a very serious charge. How many rulings, how many rulings of like the one that was imposed here? Frivolous, a frivolous application, yes. How many did you get here? I don't know the answer to that. I know that there are several. I did a research from other circuits, and several frivolous application cases have made it to the Court of Appeals. So it's not extremely rare, but it is, in fact, not done very often because it's very serious and the consequences are severe. I said that my time is up. I did not get a chance to address the question of notice and an opportunity. Well, I'm worried about this woman. I don't want her to go back there and be stolen. I wouldn't want that either. And I don't feel comfortable with having an American citizen child here in this country without a mother. And to the answer to that, Your Honor. And she's been through a lot. She's been through a lot. She comes from a different culture and all that. So there's got to be some way to ameliorate this. And the question is, Your Honor, whether or not Congress intended such serious consequences, and it did, it's clear on the statute in Section 1158, that indeed Congress says if you file a frivolous application and it's found and reached, then it's permanent ineligibility. I don't think Congress intended that. I don't think Congress intended to get rid of a woman like this. She's a baby here with a father with a checkered pattern. I don't mean to – I don't – When we talk about Congress's intent, we're just talking about something that's pretty fictional. No, I understand. But it's a serious problem. And ultimately what happens is, and this Court addressed it in Chen, and ultimately may enlighten the Court a bit as to the underlying policy reasons. But the question becomes, if, in fact, there's a – the fraud committed upon the immigration court is so severe that leads to a frivolous application filing finding, then it is, in fact, undermines the entire system. And that's what Congress wanted to stop. If I understood her fraud, it was that she wanted the Court to believe that if she were sent back, she would be stoned. That's exactly right. And it was based upon an ultimate, based according to the immigration's finding, a lie. It was not only the husband that showed up, the ex-husband and her first cousin, who testified, and he has a checkered past, but an objective third-party friend that knew both these people, the ex-husband and Ms. Hania, and Ms. Hania's mother and her aunt, who was the mother of the husband. She testified objectively as a friend and corroborated everything that the husband said. Who represented her at that hearing? Pardon me? Who represented her at that hearing? Ms. Hania? Yeah. A different counsel than the one presented here. But one represented in the record, the judge said that the immigration lawyer representative had more experience in immigration matters than did the immigration judge and praised his performance, ultimately. But nonetheless, throughout this hearing, talked about this very issue and gave them full notice and opportunity to talk about it. It's in the record. We've addressed that in our brief, so I appreciate the time. We're way over time. Thank you very much for your time. We could be over time. It doesn't bother me. I'll stay. Do you have any other questions, Judge Pregerson? About her future, the future of the child and her will. And I don't mean to belittle that, Your Honor. It's a serious consequence. And you know that I've stood before you before and talked about those consequences, and I don't take them lightly. But ultimately, the system, according to Congress, needs to be protected. And when, in fact, someone con- Well, let me tell you something. You're in the Justice Department. Yes. Do you believe in protecting the system and the immigration law? I do. Then why don't you do something about these notorious, these lawyers that can practice before immigration judges that are disbarred? I would like to do – personally, I would like to do much about that, yes. All of these things are – you know, if you were worried about protecting the system, there's a lot better ways to do it. And believe me, it would make my job a lot easier if, in fact, they were better. I think we can all agree that this particular system is not working terribly well. This system is broken. It's a disgrace. Well. Indeed. I don't dispute that. We've got hundreds of millions of folks – not hundreds – hundreds of thousands of folks in the system. It's frustrating. But in this case, the board did its job. The two issues before the court have been resolved appropriately by the board. There's no error. Under the law that we have established, she had a fair opportunity to respond to what was the – I believe that's so. Thank you. Thank you, Your Honor. I just want to talk quickly about this issue, about what is a subpoena and what is a court order. The actual regulation, which I thank counsel for, says that in response to an order, there is not a requirement that the person receiving the order be provided evidence. Have you ever read that before, that regulation? I have read this before, Your Honor, but not quite in this light, Your Honor. The order says that the person receiving does not have to receive evidence that – from the person seeking the evidence that they've had an opportunity to respond. But then they talk about a subpoena. Now, I think that the structure of the regulation is such that there is an implication that when one receives an order from the court, that there has already been sufficient opportunity to make oneself heard, whereas in subpoenas, which are issued by – well, perhaps the court is not. They are signed by the court frequently without hearings. That is possible, Your Honor, but I remember when I was doing quite a lot of work in the criminal area on the trial level, it wasn't quite as prolific as counsel would suggest, but I did sign a lot of subpoenas for witnesses on my own authority. And that is basically essentially the immigration procedure. That authority is taken from the lawyers and given to the immigration judge, but I don't think that makes it into a court order any more than it's a subpoena. Frequently, even in criminal cases, didn't you apply to the court for an order for the issuance of a subpoena? In State court, it was unnecessary as long as one did not issue more than 10. I'm talking about in Federal court. Haven't you done that? I think in Federal court the procedure is to request a subpoena from the clerk, which has to be – I know, but haven't you on occasion sought an order from the court for the issuance of a subpoena? My own experience, it did not extend to subpoenas in Federal court, Your Honor. Thank you, counsel. And the only other thing is – well, my time is nearly up. I hope the courts will give all consideration to this case. Thank you very much, Your Honor. Thank you. The matter just argued is submitted for decision. That concludes the court's calendar for this morning.
judges: Schroeder, Pregerson, Strom